THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. HAENLE, II, Appellant. [737 NYS2d 572] —Appeal from a judgment of Niagara County Court (Broderick, Sr., J.), entered December 19, 2000, convicting defendant upon his plea of guilty of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). Present—Hayes, J.P., Wisner, Hurlbutt, Burns and Lawton, JJ.